IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01651-MSK-PAC

BRIDGITTE LaVALLEE,

    Plaintiff,

v.

COLORADO & WYOMING RAILWAY COMPANY, a corporation,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court upon the joint motion of the parties, through counsel, to dismiss Plaintiff's claims in this matter with prejudice, each side to pay their own attorneys fees and costs.  The Court having reviewed the file in this matter and the Motion and therefore being advised in the premises

    It is here ORDERED that all of Plaintiff's claims asserted herein against the Defendant are dismissed with prejudice, each side to pay their own attorneys fees and costs.

    Dated this 2d day of August, 2005

                                     **BY THE COURT:**

                                       _____

                                       Marcia S. Krieger
                                       United States District Judge